# LAW OFFICES OF
# JOHN L. BURRIS
www.johnburrislaw.com

John L. Burris
Ben Nisenbaum
Adanté D. Pointer

John.Burris@JohnBurrisLaw.com
Ben.Nisenbaum@JohnBurrisLaw.com
Adante.Pointer@JohnBurrisLaw.com

September 11, 2008

The Honorable Edward M. Chen
United States Magistrate Judge
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

Re: Mary Pinkney, et al. vs. County of Alameda, et al.
    U.S.D.C. C 08-02951 EMC

Dear Judge Chen:

First, I would like to apologize to the Court for not submitting the Case Management Statement in this matter that was due on September 10, 2008.

To date, the Summons and Complaint in this matter have not been served on the defendants. For this reason, I am requesting that the Case Management Conference currently set for September 17, 2008 at 1:30 p.m. be continued to November 19, 2008 at 1:30 p.m.

My assistant Arlene Branch spoke with Betty Fong today and Ms. Fong advised her that the November 19th is currently available on the Court's calendar.

Respectfully submitted,

LAW OFFICES OF JOHN L. BURRIS

/s Adante D. Pointer

Adante D. Pointer
ADP:adb

IT IS SO ORDER that the Case management conference is reset from 9/17/08 to 11/17/08 at 1:30 p.m. A Joint CMC Statement shall be filed by 11/10/08. Plaintiff shall serve a copy of this order upon all defendants.

_____
Edward M. Chen
U.S. Magistrate Judge

[Seal: IT IS SO ORDERED / Judge Edward M. Chen / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

AIRPORT CORPORATE CENTRE • 7677 OAKPORT STREET, SUITE 1120 • OAKLAND, CA 94621 • TEL (510) 839-5200 • FAX (510) 839-3882